**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　Case Number:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6:24−bk−03656−TPG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Fernando Mugica−Casuso

_____Debtor*_____/

NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

**PLEASE TAKE NOTICE:**

1. The Honorable Tiffany P. Geyer will conduct a non−evidentiary hearing on **September 4, 2024 at 10:00 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** to consider the following:

**Reaffirmation Agreement with Freedom Mortgage Corporation re: 1660 W. Shores RD Melbourne, FL 32935, Doc. No. 8**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/Geyer/ or call 407−237−8111.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  August 28, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.